UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 1:13 CR 10275 (LTS) |
| | ) | |
| **DAMIEN HESS,** | ) | |
| **LUCAS FORD,** | ) | |
|     **Defendants** | ) | |

## GOVERNMENT'S MOTION TO UNSEAL
## INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the Indictment and Arrest Warrant.   Defendant Hess is now in custody and Defendant Ford is aware of the arrest warrant and has agreed to turn himself in this afternoon in North Dakota and there is therefore no reason for the materials to remain under seal.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

    By:   __/s/ Sara Miron Bloom____
    Sara Miron Bloom
    Assistant U.S. Attorney

    Date:   October 2, 2013